# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TONI FLAD ROSSI

VERSUS

ANTHONY ROSSI

NO.  2019 CW 1381

**OCTOBER 24, 2019**

---

In Re:   Toni Flad Rossi, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         2016-11187.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **STAY DENIED; WRIT DENIED.**

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT